UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                    )
In re                               )
                                    )
    PRENTICE ANTHONY PILOT,      )     Chapter 13
                                    )     Case No. 09-15378-FJB
        Debtor.              )
_____ )

## MOTION FOR ENTRY OF DISCHARGE

    I, Prentice Anthony Pilot, hereby move for an entry of a Chapter 13 Discharge and certify as follows:

1.    I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

    a.    Child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plans for amounts due before the petition was filed; and

    b.    Any domestic support obligations that arose after the filing of the petition;

2.    I have completed a financial management course pursuant to 11 U.S.C. Section 1328(g)(1) and filed a certification of completion with the Court; and

3.    I have

    a.    Not claimed a homestead exemption in excess of the $125,000 cap described in Section 522(q)(1), or

    b.    Claimed a homestead exemption in excess of $125,000 but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

We hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: <u>        June 7, 2014                    </u>

Signed:<u>        /s/ Prentice Anthony Pilot           </u>    Printed Name: <u>Prentice Anthony Pilot</u>

Address: <u>25 Carleton Street, Brookline, MA  02446          </u>

Telephone Number:  <u>617-721-1717                              </u>

Dated this 12th day of June, 2014.

<u>/s/ David B. Madoff____    </u>
David B. Madoff  (552968)
MADOFF & KHOURY LLP
124 Washington Street, Suite 202
Foxborough, Massachusetts  02035
Telephone: (508) 543-0040
madoff@mandkllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                    )
In re                               )
                                    )
    PRENTICE ANTHONY PILOT,       )      Chapter 13
                                    )      Case No. 09-15378-FJB
        Debtor.               )
_____ )

## CERTIFICATE OF SERVICE

    I, David B. Madoff, hereby certify that on June 12, 2014, I caused a copy of the Debtors' Motion for Entry of Discharge to be served by United States first class mail, postage prepaid on all creditors who filed a claim in this case or by ECF as indicated, upon the following parties:

## SERVICE LIST

John Fitzgerald                                                   ECF
United States Trustee's Office
John W. McCormack Post Office
and Court House
5 Post Office Square, Suite 1150
Boston, MA  02109

Carolyn Bankowski, Esq.                             ECF
Chapter 13 Trustee's Office
PO Box 8250
Boston, MA  02114
(Chapter 13 Trustee)

Shawn Masterson
Shapiro Dorry Masterson, LLC
145 Waterman Street
Providence, RI  02906
(Counsel to West Coast Servicing, Inc.)

Paul J. Mulligan, Esq.
Orlans Moran PLLC
PO Box 962169
45 School Street
Boston, MA  02196
(Counsel to BAC Home Loans Servicing)

Linh Tran
Quantum3 Group LLC
12006 98th Ave NE, Suite 200
Kirkland, WA  98084
(CR Evergreen, LLC)

National Grid
PO Box 960
Northboro, MA  01532

American Express Centurion Bank
POB 3001
Malvern, PA  19355

Citifinancial, Inc.
PO Box 140489
Irving, TX  75014

BAC Home Loans Servicing, L.P.
7105 Corporate Drive
PTX-B-209
Plano, TX  75024

Capital One Bank (USA), NA
c/o TSYS Debt Management
PO Box 5155
Norcross, GA  30091

West Coast Servicing
17011 Beach Blvd, Suite 300
Huntington Beach, CA  92647

PRA Receivables Management, LLC
As Agent of Portfolio Recovery Assoc.
PO Box 12914
Norfolk, VA  23541

FIA Card Services, NA a/k/a Bank of America
MS 550
PO Box 91121
Seattle, WA  98111

NSTAR Electric
c/o RUI Credit Services
PO Box 1349
Melville, NY  11747


    Dated this 12th day of June, 2014.


    /s/ David B. Madoff_____
    David B. Madoff  (552968)
    MADOFF & KHOURY LLP
    124 Washington Street, Suite 202
    Foxborough, Massachusetts  02035
    Telephone: (508) 543-0040
    madoff@mandkllp.com