UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                          )
In re                                     )
                                          )
    PRENTICE ANTHONY PILOT,     )     Chapter 13
                                          )     Case No. 09-15378-FJB
        Debtor.                 )
_____   )

## NOTICE OF CHANGE OF ADDRESS

Debtor Prentice Anthony Pilot (the "Debtor") hereby files this notice of change of address. At the time of the filing, the Debtor was using a PO Box for mailing purposes. The Debtor now wishes to use his current residence for all incoming mail as follows:

Prentice Anthony Pilot
25 Carelton Street
Brookline, MA  02446

Dated this 12th day of June, 2014.

                                        /s/ David B. Madoff_____
                                      David B. Madoff  (552968)
                                      MADOFF & KHOURY LLP
                                      124 Washington Street, Suite 202
                                      Foxborough, Massachusetts  02035
                                      Telephone: (508) 543-0040
                                      madoff@mandkllp.com